

ORDERED in the Southern District of Florida on January 30, 2015.

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13

IN RE:                               CASE NO.: 11-37753-BKC-RAM

GILMA M TOBAR

            Debtor(s)
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM

THIS CAUSE having come before the Court upon the Trustee's Objection(s) to Claim and Certification of No Response to the Objection(s), and based on the record, it is:

**ORDERED** that Trustee's Objection to Claim Number 18 filed by ROBERT J. LEWISON, TRU, is sustained and the claim is deemed stricken and disallowed except to the amounts already paid by the Trustee.

###